IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION - COLUMBUS

| KAID C. MUSGRAVE, and his parents CATHY A. MUSGRAVE and TOM R. MUSGRAVE<br><br>Plaintiffs,<br><br>vs.<br><br>BREG, INC.,<br><br>Defendant. | Case No. 2:09-cv-1029<br><br>Judge: Gregory L. Frost<br><br>Magistrate: Mark P. Abel |
|---|---|

## DECLARATION OF MARK A. ROBERTS.

I Mark A. Roberts, M.D., PhD, MPH, Med, FACOEM state and declare as follows pursuant to 28 U.S.C. § 1746:

1. I have been retained by Breg, Inc. as an expert in the above-captioned case. I am over eighteen years of age, am fully competent to make this declaration, and do so on personal knowledge. I submit this declaration in opposition to Plaintiffs' Motion for Partial Summary Judgment.

2. In connection with this case and pursuant to Federal Rule of Civil Procedure 26(a)(2), I prepared and submitted an Expert Report with appendices A-D dated January 11, 2011. A true and correct copy of my Expert Report (with appendices) is attached hereto as **Exhibit 1**, and the same is fully incorporated and adopted by reference herein.

2

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on 6/1/, 2011, at Wood Dale, Illinois.

*[signature]*
Mark A. Roberts

2